UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| DELAWARE, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| | : | 1:18-mc-00064-PNL |
| ARKANSAS, *et al.* | : | |
| | : | |

**WHEREAS**, by Order dated February 1, 2018 (ECF No. 1) Judge Pierre N. Leval of the United States Court of Appeals for the Second Circuit, who serves as Special Master to the United States Supreme Court in the case of *Delaware v. Arkansas, et al.*, Case Nos. 22O145 and 22O146 (the "Supreme Court Litigation"), has been designated by the Chief Judge of the United States Court of Appeals for the Second Circuit to sit in the United States District Court for the Southern District of New York in the above-captioned action; and

**WHEREAS**, pursuant to that same order, the Clerk of this Court was directed to open the above-captioned miscellaneous case and to establish an account in the Court Registry Investment System (the "Escrow Account") into which non-party MoneyGram Payment Systems, Inc. ("MoneyGram") could deposit uncashed Official Check proceeds; and

**WHEREAS**, on March 20, 2018, March 10, 2021, and August 30, 2022, MoneyGram deposited funds into the Escrow Account, in the aggregate amount of $94,147,933.15; and

**WHEREAS**, during the pendency of the Supreme Court Litigation, MoneyGram has paid or refunded certain of the deposited Official Check proceeds to the appropriate owner; and

**WHEREAS**, in light of such payments, MoneyGram is entitled to reimbursement from the Escrow Account; and

**WHEREAS**, by motion dated June 7, 2023 (the "Motion"), MoneyGram has moved for an Order, pursuant to 28 U.S.C. § 2042, directing the release of $ 5,343,239.42 from the Escrow Account to MoneyGram; and

**WHEREAS**, the Court, after having reviewed the Motion and any responses thereto, **GRANTED** the Motion:

**IT IS HEREBY ON THIS** _26_ **DAY OF JUNE, 2023:**

**ORDERED THAT**, the Clerk of the United States District Court for the Southern District of New York shall release the amount of $ 5,343,239.42 to MoneyGram from the Escrow Account in a manner to be arranged between the Clerk and MoneyGram.

Pierre N. Leval
Special Master